UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>Defendants. | Case No. C16-1023 RSM<br><br>**STIPULATED MOTION AND ORDER REGARDING CONTACT WITH PUTATIVE CLASS MEMBERS** |

As contemplated by the Protective Order (Dkt. 54), and to implement a procedure for contacting absent putative class members that protects against putative class members being inappropriately influenced or subjected to harassment, the parties hereby stipulate to the following provisions regarding contact with absent putative class members by Plaintiffs' counsel, Defendant Nissan North America, Inc.'s ("NNA") counsel, and those acting on their behalf:

1. <u>CONTACT PERMITTED BY BOTH SIDES</u>

Plaintiffs' Counsel, NNA's Counsel, and those acting on their behalf shall be permitted to initiate informal oral communications with any putative class member who is not already represented by counsel, regardless of whether their identities are discovered through NNA's records or otherwise, and regardless of whether they claim to have experienced a "shattering event" (as that term is used in

MOTION AND ORDER RE: CONTACT WITH
PUTATIVE CLASS MEMBERS  CASE NO.: 2:16-cv-01023-RSM

401727 v1

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

the Amended Complaint, Dkt. # 12) with a panoramic sunroof, if the procedures set forth below are followed.

2. SCRIPT TO BE READ TO PUTATIVE CLASS MEMBERS

Prior to speaking with putative class members, Plaintiffs' Counsel, NNA's Counsel, and their representatives shall read a "script," attached as Exhibit A, that will inform the individual:

a. That litigation has been commenced against NNA regarding panoramic sunroofs;

b. That the caller is contacting the individual on behalf of [plaintiffs or NNA];

c. That the individual does not have any obligation to speak with the caller;

d. That the individual is free to end the conversation at any time; and

e. [For putative class members whose contact information was gained through PII produced by NNA in this litigation:] that NNA was required to produce the individual's PII by Court order.

3. NO DISRUPTION OF BUSINESS OPERATIONS

This Order shall not prevent NNA or its dealers from acting in the normal course of their business or in any way alter NNA's normal continuing business operations. Nor shall this Order in any way limit NNA or NNA's counsel's ability to communicate with authorized NNA dealers or NNA employees and similar persons who are not exclusively customers of NNA.

4. APPLICABILITY TO OTHER ORDERS

The Protective Order (Dkt. # 54) is hereby amended to the extent necessary to allow putative class member contact as set forth herein.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

RESPECTFULLY SUBMITTED AND DATED this 27th day of March 2018.

TERRELL MARSHALL LAW GROUP PLLC
Attorneys for Plaintiffs

By:     /s/ Beth E. Terrell
Beth E. Terrell, WSBA #26759
Amanda M. Steiner, WSBA #29147
Benjamin M. Drachler, WSBA #51021
Terrell Marshall Law Group PLLC

SHOOK HARDY & BACON L.L.P.
Attorneys for Defendant Nissan North America, Inc.

By:   /s/ Heather A. Hedeen
Heather A. Hedeen, WSBA #50687
SHOOK HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104
Phone: 206-344-7606

MOTION AND ORDER RE: CONTACT WITH
PUTATIVE CLASS MEMBERS – 1
CASE NO.: 2:16-cv-01023-RSM

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

936 North 34th Street, Ste. 300
Seattle, WA 98103-8869
Phone: 206-816-6603
Fax: 206-319-5450
bterrell@terrellmarshall.com
asteiner@terrellmarshall.com
bdrachler@terrellmarshall.com

Gregory F. Coleman, Pro Hac Vice
Mark E. Silvey, Pro Hac Vice
Lisa A. White, Pro Hac Vice
GREG COLEMAN LAW PC
First Tennessee Plaza
800 South Gay Street, Suite 1100
Knoxville, TN, 37929
Phone: 865-247-0080
Fax: 865-522-0049
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com
adam@gregcolemanlaw.com

Charles J. Crueger, Pro Hac Vice
Erin Dickinson, Pro Hac Vice
CRUEGER DICKINSON LLC
4532 N. Oakland Avenue
Whitefish Bay, WI 53211
Phone: 414-210-3868
cjc@cruegerdickinson.com
ekd@cruegerdickinson.com

Edward A. Wallace, Pro Hac Vice
WEXLER WALLACE LLP
55 Monroe Street, STE 3300
Chicago, IL 60603
Phone: 312-346-2222
Fax: 312-346-0022
Email: eaw@wexlerwallace.com

hhedeen@shb.com

Amir Nassihi, *Pro Hac Vice*
Andrew L. Chang, *Pro Hac Vice*
SHOOK HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, CA 94104
Phone: 415-544-1900
anassihi@shb.com
achang@shb.com

Holly Pauling Smith, *Pro Hac Vice*
William R. Sampson, *Pro Hac Vice*
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
hpsmith@shb.com
wsampson@shb.com

MOTION AND ORDER RE: CONTACT WITH
PUTATIVE CLASS MEMBERS – 2
CASE NO.: 2:16-cv-01023-RSM

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED this 28th day of March 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

MOTION AND ORDER RE: CONTACT WITH
PUTATIVE CLASS MEMBERS – 3
CASE NO.: 2:16-cv-01023-RSM

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

# **EXHIBIT A: TELEPHONE SCRIPT**

Litigation has been commenced against Nissan in which plaintiffs allege claims concerning panoramic sunroofs in certain Nissan vehicles. I am contacting you on behalf of [plaintiffs/Nissan].

> *[For customers contacted as a result of PII found in NNA's records:] Before we speak further, I am required to advise you that, as part of this litigation, Nissan has been required to provide plaintiffs' counsel with records kept by Nissan that concern information or complaints you provided to Nissan when you contacted Nissan's customer call center about your vehicle or when you brought your vehicle to an authorized Nissan dealership for service. Before providing these records to plaintiffs' counsel, Nissan removed identifying information to the extent permitted by the Court. However, Nissan was required to provide these records to plaintiffs' counsel without removing certain identifying information about you, including your name, address, and telephone number.*

I am also required to advise you that you do not have any obligation to speak with me and you have the right to end this conversation at any time.

Are you willing to speak with me concerning your Nissan vehicle?

MOTION AND ORDER RE: CONTACT WITH
PUTATIVE CLASS MEMBERS – 4
CASE NO.: 2:16-cv-01023-RSM

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700