THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>Defendants. | Case No. 2:16-cv-01023-RSM<br><br>**STIPULATED SUPPLEMENT TO PROTECTIVE ORDER** |

Pursuant to L.R. 26(c) and the parties' agreement, this Court's Protective Order (Dkt. 54) is hereby supplemented as follows:

1. Confidential material, as defined in the Protective Order entered in this matter (Dkt 54) ("the Order"), must be stored and maintained by a Receiving Party at a location and in a secure manner that ensures that access is limited to the persons authorized under the Order. Receiving Parties shall exercise the same care with regard to the storage, custody, or use of confidential material as they would apply to their own material of the same or comparable confidentiality and sensitivity. Receiving Parties must take reasonable precautions to protect confidential material from

1

STIPULATED SUPPLEMENT
CASE NO.: 2:16-cv-01023-RSM
463201v1

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

loss, misuse and unauthorized access, disclosure, alteration and destruction, including but not limited to:

    (a)    Confidential material in electronic form shall be maintained in a secure litigation support site that applies standard industry practices regarding data security, including but not limited to application of access control rights to those persons entitled to access confidential material under the Order;

    (b)    A list of current and former authorized users of the Receiving Party's litigation support site shall be maintained while this litigation, including any appeals, is pending;

    (c)    Any confidential material downloaded from the litigation support site in electronic format shall be stored only on devices (e.g., laptop, tablet, smartphone, USB drive) that are password protected and/or encrypted with access limited to persons entitled to access confidential material under the Order. If the user is unable to password protect and/or encrypt the device, then the confidential material shall be password protected and/or encrypted at the file level;

    (d)    Confidential material in paper format is to be maintained in the Receiving Party's counsel's law offices or comparably secure location, with access limited to persons entitled to access Protected Information under the Order; and;

    (e)    If a data breach occurs or a Receiving Party reasonably believes a breach may have occurred, Receiving Party shall immediately report such incident to the Designating Party, describe the confidential material accessed without authorization, and use best efforts to return to the Designating Party confidential material copied or removed. In such event, the Receiving Party shall immediately take such actions as Designating Party shall request in good faith to remediate the breach, to preclude further breaches, and to address publicity regarding the breach, and in any event take such actions as are required by applicable laws, including privacy laws. After notification, the Receiving Party shall keep the Designating Party informed of remediation efforts.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

RESPECTFULLY SUBMITTED AND DATED this 29th day of March 2018.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC<br>Attorneys for Plaintiffs<br><br>By:    */s/ Beth E. Terrell*<br>    Beth E. Terrell, WSBA #26759<br>    Amanda M. Steiner, WSBA #29147<br>    Benjamin M. Drachler, WSBA #51021<br>    Terrell Marshall Law Group PLLC<br>    936 North 34th Street, Ste. 300<br>    Seattle, WA 98103-8869<br>    Phone: 206-816-6603<br>    Fax: 206-319-5450<br>    bterrell@terrellmarshall.com<br>    asteiner@terrellmarshall.com<br>    bdrachler@terrellmarshall.com<br><br>    Gregory F. Coleman, *Pro Hac Vice*<br>    Mark E. Silvey, *Pro Hac Vice*<br>    Lisa A. White, *Pro Hac Vice*<br>    GREG COLEMAN LAW PC<br>    First Tennessee Plaza<br>    800 South Gay Street, Suite 1100<br>    Knoxville, TN, 37929<br>    Phone: 865-247-0080<br>    Fax: 865-522-0049<br>    greg@gregcolemanlaw.com<br>    mark@gregcolemanlaw.com<br>    adam@gregcolemanlaw.com<br><br>    Charles J. Crueger, *Pro Hac Vice*<br>    Erin Dickinson, *Pro Hac Vice*<br>    CRUEGER DICKINSON LLC<br>    4532 N. Oakland Avenue<br>    Whitefish Bay, WI 53211<br>    Phone: 414-210-3868<br>    cjc@cruegerdickinson.com<br>    ekd@cruegerdickinson.com<br><br>    Edward A. Wallace, *Pro Hac Vice*<br>    WEXLER WALLACE LLP<br>    55 Monroe Street, STE 3300<br>    Chicago, IL 60603<br>    Phone: 312-346-2222<br>    Fax: 312-346-0022<br>    Email: eaw@wexlerwallace.com | SHOOK HARDY & BACON L.L.P.<br>Attorneys for Defendant Nissan North America, Inc.<br><br>By:    */s/ Heather A. Hedeen*<br>    Holly Pauling Smith, *Pro Hac Vice*<br>    William R. Sampson, *Pro Hac Vice*<br>    SHOOK HARDY & BACON L.L.P.<br>    2555 Grand Boulevard<br>    Kansas City, MO 64108<br>    Phone: 816-474-6550<br>    hpsmith@shb.com<br>    wsampson@shb.com<br><br>    Amir Nassihi, *Pro Hac Vice*<br>    Andrew L. Chang, *Pro Hac Vice*<br>    SHOOK HARDY & BACON L.L.P.<br>    One Montgomery, Suite 2700<br>    San Francisco, CA 94104<br>    Phone: 415-544-1900<br>    anassihi@shb.com<br>    achang@shb.com<br><br>    Heather A. Hedeen, WSBA #50687<br>    SHOOK HARDY & BACON L.L.P.<br>    701 Fifth Avenue, Suite 6800<br>    Seattle, WA 98104<br>    Phone: 206-344-7606<br>    hhedeen@shb.com |

3

STIPULATED SUPPLEMENT
CASE NO.: 2:16-cv-01023-RSM

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 2 day of April 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE