UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>Defendants. | Case No. C16-1023 RSM<br><br>**STIPULATION AND ORDER TO EXTEND CLASS CERTIFICATION DEADLINES TO FACILITATE SETTLEMENT DISCUSSIONS** |

Plaintiffs Tamara Lohr and Ravikiran Sindogi ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

WHEREAS, the Parties have worked diligently and amicably to resolve issues regarding the scope of discovery, production of electronically stored information, the terms of the Stipulated Protective Order, and the coordination of this matter with a companion case filed in the Northern District of California, *Sherida Johnson et. al. v. Nissan N. Am., Inc., et al.*, Case No. 3:17-cv-00517 (N.D. Cal. Filed Feb. 1, 2017).

STIPULATION AND ORDER RE: EXTENSION OF
DEADLINES
CASE NO.: C16-1023 RSM

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

WHEREAS, On June 16, 2017, the Court adopted its first scheduling order. (Dkt. 47). Two extensions of the class certification briefing schedule have been entered in this matter. (*See* Dkt. 62, 68).

WHEREAS, the Parties have engaged in written discovery, document production, and third-party discovery. Deposition scheduling also is currently underway. Plaintiffs wish to depose a corporate representative from NNA's parent company, NML, which is located overseas and has never been served in this case or in the *Johnson* case. The parties in *Johnson*, however, entered into a stipulation that permits plaintiffs in that case to serve discovery requests directed to NML on counsel for NNA, in exchange for extended response time obligations. *See* Dkt. 67, Exhibit A. The Parties have further agreed that Plaintiffs in *Lohr* may access and use this NML discovery.

WHEREAS, to date, NML has responded to written discovery in *Johnson*, and the Parties are in the process of scheduling a corporate deposition of NML. However, given the number of depositions to be taken in addition to the corporate deposition of NML, Plaintiffs require additional time to complete discovery in anticipation of class certification briefing and in anticipation of the preparation of expert reports.

WHEREAS, in an attempt to resolve this dispute before costly and time-consuming fact and expert discovery, the Parties conferred and have agreed to extend the deadlines in this case and in *Johnson*, to facilitate resolution discussions. Parties are working on scheduling a mediation in this case in early 2019.

WHEREAS, an extension of the deadlines in this matter, as reflected below, would facilitate settlement discussions and will not be unduly prejudicial to either party.

WHEREAS, the Parties have coordinated with counsel in *Johnson* and are seeking entry of a similar scheduling order. If this Court and the *Johnson* court approve these requests, then the two cases will remain on parallel tracks if a resolution is not reached.

///

///

STIPULATION AND ORDER RE: EXTENSION OF
DEADLINES
CASE NO.: C16-1023 RSM

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

For these reasons, the Parties stipulate to extend the deadlines in this matter as set forth below and respectfully request that the Court enter an order accordingly:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiffs' expert disclosures and reports | January 15, 2019 | June 14, 2019 |
| Deadline for Plaintiffs to produce experts for deposition | February 26, 2019 | July 26, 2019 |
| Deadline to file opposition to Motion for Class Certification and serve NNA's expert disclosures and reports | April 2, 2019 | September 4, 2019 |
| Deadline for NNA to produce experts for deposition | April 23, 2019 | September 23, 2019 |
| Deadline to file reply regarding Motion for Class Certification | May 14, 2019 | October 14, 2019 |

STIPULATION AND ORDER RE: EXTENSION OF
DEADLINES
CASE NO.: C16-1023 RSM

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

STIPULATED TO AND DATED this 14th day of November, 2018.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC<br>Attorneys for Plaintiffs | SHOOK HARDY & BACON L.L.P.<br>Attorneys for Defendant Nissan North America, Inc. |

TERRELL MARSHALL LAW
GROUP PLLC
Attorneys for Plaintiffs

By:   */s/ Beth E. Terrell*
Beth E. Terrell, WSBA #26759
Amanda M. Steiner, WSBA #29147
Benjamin M. Drachler, WSBA #51021
Terrell Marshall Law Group PLLC
936 North 34th Street, Ste. 300
Seattle, WA 98103-8869
Phone: 206-816-6603
Fax: 206-319-5450
bterrell@terrellmarshall.com
asteiner@terrellmarshall.com
bdrachler@terrellmarshall.com

Gregory F. Coleman, Pro Hac Vice
Mark E. Silvey, Pro Hac Vice
Lisa A. White, Pro Hac Vice
GREG COLEMAN LAW PC
First Tennessee Plaza
800 South Gay Street, Suite 1100
Knoxville, TN, 37929
Phone: 865-247-0080
Fax: 865-522-0049
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com
adam@gregcolemanlaw.com

Charles J. Crueger, Pro Hac Vice
Erin Dickinson, Pro Hac Vice
CRUEGER DICKINSON LLC
4532 N. Oakland Avenue
Whitefish Bay, WI 53211
Phone: 414-210-3868
cjc@cruegerdickinson.com
ekd@cruegerdickinson.com

Edward A. Wallace, Pro Hac Vice
WEXLER WALLACE LLP
55 Monroe Street, STE 3300
Chicago, IL 60603
Phone: 312-346-2222
Fax: 312-346-0022
Email: eaw@wexlerwallace.com

SHOOK HARDY & BACON L.L.P.
Attorneys for Defendant Nissan North America, Inc.

By:  */s/ Heather A. Hedeen*
Heather A. Hedeen, WSBA #50687
SHOOK HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104
Phone: 206-344-7606
hhedeen@shb.com

Amir Nassihi, *Pro Hac Vice*
Andrew L. Chang, *Pro Hac Vice*
SHOOK HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, CA 94104
Phone: 415-544-1900
anassihi@shb.com
achang@shb.com

Holly Pauling Smith, *Pro Hac Vice*
William R. Sampson, *Pro Hac Vice*
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
hpsmith@shb.com
wsampson@shb.com

STIPULATION AND ORDER RE: EXTENSION OF
DEADLINES
CASE NO.: C16-1023 RSM

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED** this 16th day of November.

2

3                                    RICARDO S. MARTINEZ
4                                    CHIEF UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28