THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>Defendants. | Case No. 2:16-cv-01023-RSM<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND CLASS CERTIFICATION DEADLINES TO FACILITATE SETTLEMENT DISCUSSIONS** |

Plaintiffs Tamara Lohr and Ravikiran Sindogi ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

1. On March 28, 2019, the Parties had a productive all day private mediation before Hon. James L. Warren (Ret.) at JAMS in San Francisco.

2. Based on the Parties' progress, a second all day mediation session has been scheduled for May 23, 2019.

3. The Parties are coordinating discovery and class certification deadlines in this action with a companion case filed in the Northern District of California, *Johnson v. Nissan N. Am., Inc.*, Case No. 3:17-cv-00517-WHO.

STIPULATION RE: EXTENSION OF DEADLINES
CASE NO.: 2:16-cv-01023-RSM
4811-2539-0228 v1

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

1       4.      The Parties require additional time to continue mediation efforts before undertaking further work to complete discovery in anticipation of class certification briefing and in anticipation of the preparation of expert reports.

5.      The Parties have agreed to extend the deadlines in this case and in *Johnson*, to accommodate resolution discussions.

6.      The Parties have coordinated with counsel in *Johnson* and are seeking entry of a similar scheduling order. If this Court and the *Johnson* court approve these requests, then the two cases will remain on parallel tracks if a resolution is not reached. An extension of the deadlines in this matter, as reflected below, would facilitate settlement discussions and will not be unduly prejudicial to either party.

For these reasons, the Parties stipulate to extend the deadlines in this matter as set forth below and respectfully request that the Court enter an order accordingly:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiffs' expert disclosures and reports | June 14, 2019 | November 19, 2019 |
| Deadline for Plaintiffs to produce experts for deposition | July 26, 2019 | December 31, 2019 |
| Deadline to file opposition to Motion for Class Certification and serve NNA's expert disclosures and reports | September 4, 2019 | February 10, 2020 |
| Deadline for NNA to produce experts for deposition | September 23, 2019 | February 28, 2020 |
| Deadline to file reply regarding Motion for Class Certification | October 14, 2019 | March 19, 2020 |

| | | |
|---|---|---|
| 1 | STIPULATED TO AND DATED this 29th day of April, 2019. | |
| 2 | | |
| 3 | TERRELL MARSHALL LAW GROUP PLLC | SHOOK HARDY & BACON L.L.P. Attorneys for Defendant Nissan North America, Inc. |
| | Attorneys for Plaintiffs | |
| 4 | | By: _/s/ Heather A. Hedeen_ |
| 5 | By: _/s/ Beth E. Terrell_ Beth E. Terrell, WSBA #26759 | Heather A. Hedeen, WSBA #50687 SHOOK HARDY & BACON L.L.P. |
| | Amanda M. Steiner, WSBA #29147 | 701 Fifth Avenue, Suite 6800 |
| 6 | Benjamin M. Drachler, WSBA #51021 | Seattle, WA 98104 |
| 7 | Terrell Marshall Law Group PLLC 936 North 34th Street, Ste. 300 | Phone: 206-344-7606 hhedeen@shb.com |
| 8 | Seattle, WA 98103-8869 Phone: 206-816-6603 | Amir Nassihi, *Pro Hac Vice* |
| | Fax: 206-319-5450 | Andrew L. Chang, *Pro Hac Vice* |
| 9 | bterrell@terrellmarshall.com asteiner@terrellmarshall.com | SHOOK HARDY & BACON L.L.P. One Montgomery, Suite 2600 |
| 10 | bdrachler@terrellmarshall.com | San Francisco, CA 94104 Phone: 415-544-1900 |
| 11 | Gregory F. Coleman, Pro Hac Vice | anassihi@shb.com |
| 12 | Mark E. Silvey, Pro Hac Vice Lisa A. White, Pro Hac Vice | achang@shb.com |
| | GREG COLEMAN LAW PC | Holly Pauling Smith, *Pro Hac Vice* |
| 13 | First Tennessee Plaza 800 South Gay Street, Suite 1100 | William R. Sampson, *Pro Hac Vice* SHOOK HARDY & BACON L.L.P. |
| 14 | Knoxville, TN, 37929 Phone: 865-247-0080 | 2555 Grand Boulevard Kansas City, MO 64108 |
| 15 | Fax: 865-522-0049 | Phone: 816-474-6550 |
| 16 | greg@gregcolemanlaw.com mark@gregcolemanlaw.com | hpsmith@shb.com wsampson@shb.com |
| 17 | adam@gregcolemanlaw.com | |
| 18 | Charles J. Crueger, Pro Hac Vice Erin Dickinson, Pro Hac Vice | |
| 19 | CRUEGER DICKINSON LLC 4532 N. Oakland Avenue | |
| | Whitefish Bay, WI 53211 | |
| 20 | Phone: 414-210-3868 cjc@cruegerdickinson.com | |
| 21 | ekd@cruegerdickinson.com | |
| 22 | Edward A. Wallace, Pro Hac Vice | |
| 23 | WEXLER WALLACE LLP 55 Monroe Street, STE 3300 | |
| 24 | Chicago, IL 60603 Phone: 312-346-2222 | |
| 25 | Fax: 312-346-0022 Email: eaw@wexlerwallace.com | |
| 26 | | |
| 27 | | |
| 28 | | |

**I. ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 6, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE