UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

NISSAN NORTH AMERICA, INC.

Defendant.

NO. 2:16-cv-01023-RSM

**STIPULATION AND ORDER TO FURTHER EXTEND CLASS CERTIFICATION DEADLINES**

Plaintiffs Tamara Lohr and Ravikiran Sindogi ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

1. Between March and June, 2019, Parties attempted mediation before Hon. James L. Warren (Ret.) at JAMS in San Francisco. No resolution was reached.

2. The Parties are coordinating discovery and class certification deadlines in this action with a companion case filed in the Northern District of California, *Johnson, et al. v. Nissan N. Am., Inc.,* Case No. 3:17-cv-00517-WHO.

3. Due to the unsuccessful mediation efforts, the Parties need additional time to complete discovery in anticipation of class certification briefing and in anticipation of the preparation of expert reports.

4. As the result of significant consultation and coordination of their scheduling needs, the Parties have agreed to extend the deadlines in this

case and in *Johnson* to accommodate the delays from trying to mediate, both parties' need for additional discovery, and the necessity of addressing complex issues in both cases with the assistance of experts.

5. The Parties have coordinated with counsel in *Johnson* and are seeking entry of a similar scheduling order. If this Court and the *Johnson* court approve these requests, then the two cases will remain on parallel tracks if a resolution is not reached prior to class certification. An extension of the deadlines in this matter, as reflected below, may facilitate on-going informal settlement discussions, and will not be unduly prejudicial to either party.

6. Four other extensions of the class certification briefing schedule have been entered in this matter. ECF Nos. 62, 68, 70, and 73.

7. For the above reasons, the Parties stipulate to extend the deadlines in this matter as set forth below and respectfully request that the Court enter an order accordingly:

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiffs' expert disclosures and reports | November 19, 2019 | June 19, 2020 |
| Deadline for Plaintiffs to produce experts for deposition | December 31, 2019 | July 30, 2020 |
| Deadline to file opposition to Motion for Class Certification and serve NNA's expert disclosures and reports | February 10, 2020 | October 9, 2020 |
| Deadline for NNA to produce experts for deposition | February 28, 2020 | November 13, 2020 |
| Deadline to file reply regarding Motion for Class Certification | March 19, 2020 | November 25, 2020 |
| Class Certification Hearing | April 15, 2020 | As set by Court |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 26, 2019

By: */s/ Lisa A. White*
Presented by and on Behalf of Plaintiffs

Greg F. Coleman (*pro hac vice*)
Adam A. Edwards (*pro hac vice*)
Lisa A. White (pro hac vice)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Tel: 865.247.0080
greg@gregcolemanlaw.com
adam@gregcolemanlaw.com
lisa@gregcolemanlaw.com

Beth E. Terrell (WSBA #26759)
Amanda M. Steiner (WSBA #29147)
Benjamin M. Drachler (WSBA #51021)
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
bterrell@terrellmarshall.com
asteiner@terrellmarshall.com
bdrachler@terrellmarshall.com

Charles Crueger (*pro hac vice*)
Erin Dickinson (*pro hac vice*)
**CRUEGER DICKINSON LLC**
4532 N. Oakland Avenue
Whitefish Bay, WI 53211
Telephone: (414) 210-3868
cjc@gruegerdickinson.com
ekd@cruegerdickinson.com

Edward A. Wallace
**WEXLER WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wexlerwallace.com

*Attorneys for Plaintiff*


Dated: September 26, 2019

By: */s/ Holly Pauling Smith*
Presented by and on Behalf of Defendant

William R. Sampson (*pro hac vice*)
Holly Pauling Smith (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816.474.6550
Fax: 816.421.5547

Heather A. Hedeen, WSBA #50687
**SHOOK HARDY & BACON L.L.P.**
701 Fifth Avenue, Suite 6800
Seattle, WA 98104
Phone: 206-344-7606
hhedeen@shb.com

Amir M. Nassihi (SBN 235936)
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2600
San Francisco, CA 94104
Tel: 415.544.1900
Fax: 415.391.0281
anassihi@shb.com

*Attorneys for Defendant*

### I. ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 30 day of September, 2019.

                                _____
                                RICARDO S. MARTINEZ
                                CHIEF UNITED STATES DISTRICT JUDGE