THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

NISSAN NORTH AMERICA, INC.

Defendant.

NO. 2:16-cv-01023-RSM

**STIPULATION AND ORDER TO FURTHER EXTEND CLASS CERTIFICATION DEADLINES**

Plaintiffs Tamara Lohr and Ravikiran Sindogi ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

1. Five other extensions of the class certification briefing schedule have been entered in this matter. ECF Nos. 62, 68, 70, 73, and 75.

2. Following the entry of the Court's last extension, the Parties have been diligently undertaking discovery.

3. However, in light of the recent outbreak of the novel coronavirus (also called COVID-19) and the associated health risks, the Parties are unable to complete the discovery needed by both parties which includes both additional depositions and vehicle inspections that will require significant travel for lawyers as well as court reporters, videographers, witnesses and experts in time to meet the current deadlines related to class certification and expert witness disclosure.

STIPULATION AND ORDER TO FURTHER EXTEND
CLASS CERTIFICATION DEADLINES - 1
CASE NO. 2:16-CV-01023-RSM

**GREG COLLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
TEL. 865.247.0080 • FAX 865.522.0049
www.gregcolemanlaw.com

4. The Parties are coordinating discovery and class certification deadlines in this action with a companion case filed in the Northern District of California, *Johnson, et al. v. Nissan N. Am., Inc.,* Case No. 3:17-cv-00517-WHO.

5. The Western District of Washington has recognized the serious health risks associated with COVID-19 and has taken steps in response to its recent outbreak, including issuing General Order No. 02-20.

6. As the result of the outbreak of COVID-19, the Parties have agreed to extend the deadlines in this case and in *Johnson* to accommodate the delays in discovery necessary to ensure the safety and health of the Parties and their counsel.

7. The Parties have coordinated with counsel in *Johnson* and are seeking entry of a similar scheduling order. If this Court and the *Johnson* court approve these requests, then the two cases will remain on parallel tracks if a resolution is not reached prior to class certification. An extension of the deadlines in this matter, as reflected below, may facilitate on-going informal settlement discussions, and will not be unduly prejudicial to either party.

8. For the above reasons, the Parties stipulate to extend the deadlines in this matter as set forth below and respectfully request that the Court enter an order accordingly:

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiffs' expert disclosures and reports | June 19, 2020 | September 17, 2020 |
| Deadline for Plaintiffs to produce experts for deposition | July 30, 2020 | October 28, 2020 |
| Deadline to file opposition to Motion for Class Certification and serve NNA's expert disclosures and reports | October 9, 2020 | January 14, 2021 |

STIPULATION AND ORDER TO FURTHER EXTEND
CLASS CERTIFICATION DEADLINES - 2
CASE NO. 2:16-CV-01023-RSM

**GREG COLLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
TEL. 865.247.0080 • FAX 865.522.0049
www.gregcolemanlaw.com

| | | |
|---|---|---|
| Deadline for NNA to produce experts for deposition | November 13, 2020 | February 18, 2021 |
| Deadline to file reply regarding Motion for Class Certification | November 25, 2020 | March 2, 2021 |
| Class Certification Hearing | To be set by the Court | As set by the Court |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 23, 2020

By: */s/ Adam A. Edwards*
On Behalf of Plaintiffs

Gregory F. Coleman (*pro hac vice*)
Adam A. Edwards (*pro hac vice*)
Lisa A. White (pro hac vice)
**GREG COLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Tel: 865.247.0080
greg@gregcolemanlaw.com
adam@gregcolemanlaw.com
lisa@gregcolemanlaw.com

Beth E. Terrell (WSBA #26759)
Amanda M. Steiner (WSBA #29147)
Benjamin M. Drachler (WSBA #51021)
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
bterrell@terrellmarshall.com
asteiner@terrellmarshall.com
bdrachler@terrellmarshall.com

Charles Crueger (*pro hac vice*)
Erin Dickinson (*pro hac vice*)
**CRUEGER DICKINSON LLC**
4532 N. Oakland Avenue

STIPULATION AND ORDER TO FURTHER EXTEND
CLASS CERTIFICATION DEADLINES - 3
CASE NO. 2:16-CV-01023-RSM

**GREG COLLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
TEL. 865.247.0080 • FAX 865.522.0049
www.gregcolemanlaw.com

Whitefish Bay, WI 53211
Telephone: (414) 210-3868
cjc@gruegerdickinson.com
ekd@cruegerdickinson.com

Edward A. Wallace
**WEXLER WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wexlerwallace.com

*Attorneys for Plaintiffs*

Dated: March 23, 2020

By: */s/ Holly Pauling Smith*
On Behalf of Defendant

William R. Sampson (*pro hac vice*)
Holly Pauling Smith (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816.474.6550
Fax: 816.421.5547

Heather A. Hedeen, WSBA #50687
**SHOOK HARDY & BACON L.L.P.**
701 Fifth Avenue, Suite 6800
Seattle, WA 98104
Phone: 206-344-7606
hhedeen@shb.com

Amir M. Nassihi (SBN 235936)
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2600
San Francisco, CA 94104
Tel: 415.544.1900
Fax: 415.391.0281
anassihi@shb.com

*Attorneys for Defendant*

STIPULATION AND ORDER TO FURTHER EXTEND
CLASS CERTIFICATION DEADLINES - 4
CASE NO. 2:16-CV-01023-RSM

**GREG COLLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
TEL. 865.247.0080 • FAX 865.522.0049
www.gregcolemanlaw.com

# I. ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 24 day of March 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO FURTHER EXTEND
CLASS CERTIFICATION DEADLINES - 5
CASE NO. 2:16-CV-01023-RSM

**GREG COLLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
TEL. 865.247.0080 • FAX 865.522.0049
www.gregcolemanlaw.com