# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,

Defendants.

Case No. C16-1023RSM

ORDER DENYING MOTION FOR OVER-LENGTH BRIEFING

This matter comes before the Court on Defendant Nissan North America, Inc. ("NNA")'s Motion to file over-length briefing for its upcoming response to Plaintiffs' Motion for Class Certification "and any *Daubert* motions to be filed by NNA." Dkt. #110. NNA requests "up to 10 additional pages" for its opposition and "up to an additional 8 pages" for each *Daubert* motion, arguing that this case "involves complex and technical subject matter, and therefore additional pages are necessary for NNA to address the issues thoroughly." *Id*. at 2. NNA provides no further detail.

"Motions seeking approval to file an over-length motion or brief are disfavored." LCR 7(f). Many cases that come before this Court involve complex and technical subject matter,

ORDER DENYING MOTION FOR OVER-LENGTH BRIEFING - 1

including proposed class actions, and the parties manage to file the above briefing within applicable page limits. NNA has failed to adequately explain to the Court how the situation here is different, or why additional pages are necessary.

Having reviewed NNA's Motion and the remainder of the record, the Court hereby finds and ORDERS that NNA's Motion for Over-length Briefing, Dkt. #110, is DENIED.

DATED this 26th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR OVER-LENGTH BRIEFING - 2