THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,

Defendants.

NO. 2:16-cv-01023-RSM

**STIPULATED MOTION AND ORDER TO EXTEND BRIEFING DEADLINES AND RE-NOTE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**NOTED FOR CONSIDERATION:**
**June 28, 2021**

## I. STIPULATED MOTION

Plaintiffs Tamara Lohr and Ravikiran Sindogi and Defendant Nissan North America, Inc. respectfully request that the Court extend the briefing deadlines for Nissan's motions to exclude as set forth below and re-note Plaintiffs' motion for class certification, Dkt. No. 109, so all four motions are considered and heard together. The deadline for Plaintiffs to file their reply in support of class certification, which is currently set for August 2, 2021, would remain unchanged.

There is good cause to grant the parties' motion. On June 14, 2021, Defendant filed its opposition to Plaintiffs' motion for class certification together with its expert disclosures and reports. Dkt. Nos. 123, 123-2, 123-6, 123-12, 123-18. Contemporaneously with those filings, Defendant filed three separate motions to exclude Plaintiffs' experts, each of which relies, in

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING
DEADLINES AND RE-NOTE PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION - 1
CASE NO. 2:16-CV-01023-RSM

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

part, on the opinions of its own experts. *See* Dkt. Nos. 124, 125, and 126. Plaintiffs' deadline to respond to the motions to exclude is July 5, 2021 and Defendants deadline to reply is July 9, 2021. *See* Dkt. No. 127.

To fully respond to Defendant's motions, Plaintiffs will need to depose Defendant's four experts. The parties have worked together to coordinate these depositions, and they are tentatively scheduled for July 9, July 13, July 14, and July 16, 2021. Once the depositions are complete, Plaintiffs will need time to obtain and analyze the transcripts and integrate the testimony into their responses. The parties are also coordinating deadlines with a companion case filed in the Northern District of California, *Johnson et al. v. Nissan North America, Inc.*, No. 3:17-cv-00517-WHO. The Plaintiffs in *Johnson* are seeking a similar extension of the briefing schedule on Defendant's motions to exclude, which will allow both cases to remain on parallel tracks. The extended briefing schedule proposed below will not meaningfully delay the resolution of this case and will allow the parties to better address the complex and highly technical subject matter involved in Defendant's motions.

Accordingly, amending the briefing schedule to allow Plaintiffs to depose Defendant's experts, with a commensurate extension of the deadline for Defendant to file its replies, will serve the interests of the parties and judicial efficiency. The parties therefore stipulate and move the Court for an order extending the briefing schedule on Defendant's motions to exclude and re-noting Plaintiff's motion as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Plaintiff to File Responses to Defendant's Motions to Exclude | 07/05/2021 | 08/13/2021 |
| Deadline for Defendant to File Replies in Support of Defendant's Motions to Exclude | 07/09/2021 | 09/03/2021 |
| Noting Date for Defendant's Motions to Exclude | 07/09/2021 | 09/03/2021 |

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING
DEADLINES AND RE-NOTE PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION - 2
CASE NO. 2:16-CV-01023-RSM

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Noting Date for Plaintiffs' Motions for Class Certification | 08/02/2021 | 09/03/2021 |

STIPULATED TO AND DATED this 29th day of June, 2021.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Amanda M. Steiner, WSBA #29147
    Email: asteiner@terrellmarshall.com
    Benjamin Drachler, WSBA #51021
    Email: bdrachler@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Gregory F. Coleman, *Admitted Pro Hac Vice*
    Email: greg@gregcolemanlaw.com
    Mark E. Silvey, *Admitted Pro Hac Vice*
    Email: mark@gregcolemanlaw.com
    Adam A. Edwards, *Admitted Pro Hac Vice*
    Email: adam@gregcolemanlaw.com
    Justin G. Day, *Admitted Pro Hac Vice*
    Email: justin@gregcolemanlaw.com
    GREG COLEMAN LAW PC
    First Tennessee Plaza
    800 South Gay Street, Suite 1100
    Knoxville, Tennessee 37929
    Telephone: (865) 247-0080
    Facsimile: (865) 533-0049

SHOOK HARDY & BACON L.L.P.

By: /s/ Weston Dunn, WSBA #54385
    Weston Dunn, WSBA #54385
    Email: wddunn@shb.com
    701 Fifth Avenue, Suite 6800
    Seattle, Washington 98104
    Telephone: (206) 344-7600
    Facsimile: (206) 344-3113

    Amir Nassihi, *Admitted Pro Hac Vice*
    Email: anassihi@shb.com
    Andrew L. Chang, *Admitted Pro Hac Vice*
    Email: achang@shb.com
    H. Grant Law, *Admitted Pro Hac Vice*
    Email: hlaw@shb.com
    SHOOK HARDY & BACON L.L.P.
    555 Mission Street, Suite 2300
    San Francisco, California 94105
    Telephone: (415) 544-1900
    Facsimile: (415) 391-0281

    William R. Sampson, *Admitted Pro Hac Vice*
    Email: wsampson@shb.com
    Holly P. Smith, *Admitted Pro Hac Vice*
    Email: hpsmith@shb.com
    Mark Cowing
    Email: mcowing@shb.com
    SHOOK HARDY & BACON L.L.P.
    2555 Grand Boulevard
    Kansas City, Missouri 64108
    Telephone: (816) 474-6550
    Facsimile: (816) 421-5547

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING DEADLINES AND RE-NOTE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - 3
CASE NO. 2:16-CV-01023-RSM

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Charles Crueger, *Admitted Pro Hac Vice*
Email: cjc@cruegerdickinson.com
Erin Dickinson, *Admitted Pro Hac Vice*
Email: ekd@cruegerdickinson.com
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Whitefish Bay, Wisconsin 53211
Telephone: (414) 210-3868

Edward A. Wallace, *Admitted Pro Hac Vice*
Email: eaw@wexlerwallace.com
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

*Attorneys for Plaintiffs*

*Attorneys for Defendant Nissan North America, Inc.*

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING
DEADLINES AND RE-NOTE PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION - 4
CASE NO. 2:16-CV-01023-RSM

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

IT IS SO ORDERED. Defendant Nissan North America's motions to exclude Thomas Read, Neil Hannemann, Steven Gaskin, and Colin Weir, Dkt. Nos. 124, 125, 126, and Plaintiffs' Amended Motion for Class Certification, Dkt. No. 109, are RENOTED to September 3, 2021. Plaintiff's Responses to Defendant's motions to exclude are due August 13, 2021, and Defendant's replies thereto are due September 3, 2021. The August 2, 2021 deadline for Plaintiffs to file their reply in support of their motion for class certification shall remain unchanged.

Dated this 29th day of June, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING DEADLINES AND RE-NOTE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - 5
CASE NO. 2:16-CV-01023-RSM

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com