THE HONORABLE RICARDO S. MARTINEZ

1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7

8

TAMARA LOHR and RAVIKIRAN SINDOGI,
on behalf of themselves and all others similarly
situated,

9

10

                    Plaintiffs,

11

        vs.

12

NISSAN NORTH AMERICA, INC., and
NISSAN MOTOR CO., LTD.,

13

                    Defendants.

14

NO.  2:16-cv-01023-RSM

**STIPULATED MOTION AND ORDER
TO FURTHER EXTEND BRIEFING
DEADLINES ON MOTIONS TO
EXCLUDE**

**NOTED FOR CONSIDERATION:**
**August 13, 2021**

15

16

## I.  STIPULATED MOTION

17        Plaintiffs Tamara Lohr and Ravikiran Sindogi and Defendant Nissan North America,

18  Inc. respectfully request that the Court extend the briefing deadlines for Nissan's motions to

19  exclude Plaintiffs' experts and set additional deadlines for Plaintiffs to seek leave to file

20  rebuttal expert reports so Plaintiffs' motion for class certification and both parties' motions to

21  exclude can be considered together. The Court has previously extended the extended the class

22  certification briefing schedule on several occasions. Dkt Nos. 62, 70, 73, 75, 77, 79, and 129.

23        Plaintiffs assert that there is good cause to grant the parties' motion. Plaintiffs intend to

24  seek leave to submit rebuttal expert reports for two of their experts, Colin Weir and Steven

25  Gaskin. Defendant intends to oppose submission of any rebuttal reports for reasons that include

26  their untimeliness. If the Court grants leave to file rebuttal reports, Nissan may need to depose

27

STIPULATED MOTION AND ORDER TO FURTHER
EXTEND BRIEFING DEADLINES ON MOTIONS TO
EXCLUDE - 1
CASE NO. 2:16-cv-01023-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

those experts again and, if necessary, conduct additional expert work and, if necessary, seek to submit amended motions to exclude.

The parties are also coordinating discovery and class certification deadlines in this action with a companion case filed in the Northern District of California, *Johnson v. Nissan North America, Inc.*, No. 3:17-cv-00517-WHO. The Court in *Johnson* granted an extension similar to the one requested in this motion. *See* Stipulated Motion and Order to Extend Briefing Deadlines, *Johnson v. Nissan North America, Inc.*, No. 3:17-cv-00517-WHO (N.D. Cal. Aug. 11, 2021), ECF No. 166.[1] Extending the deadlines in this matter may also facilitate the parties' informal settlement discussions. The parties therefore stipulate and move the Court for an order extending the briefing schedule on Nissan's motions to exclude as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Plaintiffs to file responses to Nissan's motions to exclude Plaintiffs' experts, proposed rebuttal expert reports | 08/13/2021 | 09/03/2021 |
| Deadline for Plaintiffs to file motion for leave to submit rebuttal expert reports | None | 09/03/2021 |
| Deadline for Nissan to file response to Plaintiffs' motion for leave to submit rebuttal expert reports | None | 9/24/2021 |
| Deadline for Plaintiffs to file reply in support of motion for leave to submit rebuttal expert reports | None | 10/5/2021 |
| Noting date for Plaintiffs' motion for leave to submit rebuttal expert reports | None | 10/5/2021 |

---

[1] Parties agree that nothing in either stipulation or agreement to extend the deadlines should be construed as waiving or otherwise limiting Nissan's challenge to the permissibility or timeliness of any further expert reports from Plaintiffs, rebuttal or otherwise.

STIPULATED MOTION AND ORDER TO FURTHER
EXTEND BRIEFING DEADLINES ON MOTIONS TO
EXCLUDE - 2
Case No. 2:16-cv-01023-RSM

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Nissan to file reply/supplemental briefs in support of motion to exclude reply up to 12 pages. | | 10/29/2021 |

STIPULATED TO AND DATED this 13th day of August, 2021.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Amanda M. Steiner, WSBA #29147
   Email: asteiner@terrellmarshall.com
   Benjamin Drachler, WSBA #51021
   Email: bdrachler@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103-8869
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

   Gregory F. Coleman, *Admitted Pro Hac Vice*
   Email: gcoleman@milberg.com
   Mark E. Silvey, *Admitted Pro Hac Vice*
   Email: msilvey@milberg.com
   Adam A. Edwards, *Admitted Pro Hac Vice*
   Email: aedwards@milberg.com
   Justin G. Day, *Admitted Pro Hac Vice*
   Email: jday@milberg.com
   William A. Ladnier, *Admitted Pro Hac Vice*
   Email: wladnier@milberg.com
   Email: rpothier@milberg.com
   MILBERG COLEMAN BRYSON
      PHILLIPS GROSSMAN, PLLC
   First Tennessee Plaza
   800 South Gay Street, Suite 1100
   Knoxville, Tennessee 7929
   Telephone: (865) 247-0080
   Facsimile: (865) 522-0049

SHOOK HARDY & BACON L.L.P.

By: /s/ Weston Dunn, WSBA #54385
   Weston Dunn, WSBA #54385
   Email: wddunn@shb.com
   701 Fifth Avenue, Suite 6800
   Seattle, Washington 98104
   Telephone: (206) 344-7600
   Facsimile: (206) 344-3113

   Amir Nassihi, *Admitted Pro Hac Vice*
   Email: anassihi@shb.com
   Andrew L. Chang, *Admitted Pro Hac Vice*
   Email: achang@shb.com
   H. Grant Law, *Admitted Pro Hac Vice*
   Email: hlaw@shb.com
   SHOOK HARDY & BACON L.L.P.
   555 Mission Street, Suite 2300
   San Francisco, California 94105
   Telephone: (415) 544-1900
   Facsimile: (415) 391-0281

Mitchell M. Breit, *Admitted Pro Hac Vice*
Email: mbreit@simmonsfirm.com
MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza
Garden City
New York, New York 11530
Telephone: (347) 668-8445

Charles Crueger, *Admitted Pro Hac Vice*
Email: cjc@cruegerdickinson.com
Erin Dickinson, *Admitted Pro Hac Vice*
Email: ekd@cruegerdickinson.com
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Whitefish Bay, Wisconsin 53211
Telephone: (414) 210-3868

Edward A. Wallace, *Admitted Pro Hac Vice*
Email: eaw@wexlerwallace.com
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

*Attorneys for Plaintiffs*

William R. Sampson, *Admitted Pro Hac Vice*
Email: wsampson@shb.com
Holly P. Smith, *Admitted Pro Hac Vice*
Email: hpsmith@shb.com
Mark Cowing
Email: mcowing@shb.com
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorneys for Defendant Nissan North America,
Inc.*

STIPULATED MOTION AND ORDER TO FURTHER
EXTEND BRIEFING DEADLINES ON MOTIONS TO
EXCLUDE - 4
CASE NO. 2:16-CV-01023-RSM

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

## II.  ORDER

2          IT IS SO ORDERED.

3

4          DATED this 13th day of August, 2021.

5

6

7

8                                                    _____

9                                                    RICARDO S. MARTINEZ
                                                     CHIEF UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER TO FURTHER
EXTEND BRIEFING DEADLINES ON MOTIONS TO
EXCLUDE - 5
CASE NO. 2:16-cv-01023-RSM

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com