THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>Defendants. | Case No. 2:16-cv-01023-RSM<br><br>**STIPULATION AND ORDER REGARDING DEADLINE TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPORTS** |

Plaintiffs Tamara Lohr and Ravikiran Sindogi ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

1. On September 3, 2021, Plaintiffs filed a motion for leave to file supplemental rebuttal reports of Steven Gaskin and Colin Weir. ECF No. 163. NNA's deadline to file an opposition is currently due on September 29, 2021. ECF No. 149. Plaintiffs' reply is due on October 5, 2021, as is the note date for Plaintiffs' motion. ECF No. 149.

2. The Parties have met and conferred and agree that NNA's deadline to file its opposition to Plaintiffs' motion for leave to file supplemental rebuttal reports of Steven Gaskin and

Colin Weir shall be extended to October 8, 2021.[1] Plaintiffs' reply briefs shall now be due on October 19, 2021, as is the new note date for Plaintiffs' motion for leave to file supplemental rebuttal reports.

IT IS SO STIPULATED.

/s/ Mark E. Silvey
On Behalf of Plaintiffs

Gregory F. Coleman, Admitted Pro Hac Vice
Mark E. Silvey, Admitted Pro Hac Vice
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
First Tennessee Plaza
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (865) 247-0080
Facsimile: (865) 533-0049
gcoleman@milberg.com
msilvey@milberg.com

Benjamin M. Drachler (WSBA #51021)
Beth E. Terrell, WSBA #26759
Amanda M. Steiner, WSBA #29147
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
bdrachler@terrellmarshall.com
bterrell@terrellmarshall.com
asteiner@terrellmarshall.com

Charles Crueger, Admitted Pro Hac Vice
Erin Dickinson, Admitted Pro Hac Vice
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Whitefish Bay, Wisconsin 53211
Telephone: (414) 210-3868
cjc@cruegerdickinson.com
ekd@cruegerdickinson.com

Edward A. Wallace, Admitted Pro Hac Vice
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wexlerwallace.com

/s/ David Bartley Eppenauer
On Behalf of Defendant
Nissan North America, Inc.

David Bartley Eppenauer WSBA #29807
Shook, Hardy & Bacon L.L.P.
Columbia Center
701 Fifth Ave., Suite 6800
Seattle, Washington 98104
Telephone: 206.344.7600
Facsimile: 206.344.3113
beppenauer@shb.com

Amir M. Nassihi, appearance *pro hac vice*
Andrew L. Chang, appearance *pro hac vice*
H. Grant Law, appearance *pro hac vice*
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel:    415.544.1900 | Fax: 415.391.0281
anassihi@shb.com
achang@shb.com
hlaw@shb.com

William R. Sampson, appearance *pro hac vice*
Holly Pauling Smith, appearance *pro hac vice*
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816.474.6550 | Fax: 816.421.5547
wsampson@shb.com
hpsmith@shb.com

---

[1] NNA's replies in support of its motions to exclude the testimonies of Plaintiffs' experts Steven Gaskin and Colin Weir (ECF No. 124), Thomas Read (ECF No. 125), and Neil Hannemann (ECF No. 126), shall remain due on October 29, 2021, as is the note date for these motions.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 22ⁿᵈ day of September, 2021.

       _____
       RICARDO S. MARTINEZ
       CHIEF UNITED STATES DISTRICT JUDGE