THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br>     v.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>             Defendants. | Case No. 2:16-CV-01023 RSM<br><br>CLASS ACTION<br><br>**ORDER GRANTING NNA'S MOTION TO SEAL** |

Pursuant to Local Rule 5(g), NNA filed a motion to seal its Suggestions in Reply to its Motion to Exclude the Testimony of Dr. Thomas Read. Upon due consideration, and good cause appearing, the Court grants Plaintiffs' Motion to Seal as follows:

| Exhibit No. | Title of Document | Sealed / Redacted (Page/Line) | Reason for Sealing | Court's Ruling |
|---|---|---|---|---|
| Ex. A | NNA's Suggestions in Reply to its | Redacted 6:1-4. | NNA's confidential and proprietary | Granted |

ORDER
CASE NO.: 2:16-cv-01023 RSM

| Exhibit No. | Title of Document | Sealed / Redacted (Page/Line) | Reason for Sealing | Court's Ruling |
|---|---|---|---|---|
|  | Motion to Exclude the Testimony of Dr. Thomas Read |  | testing data and analysis. |  |

IT IS SO ORDERED.

DATED this 5th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER
CASE NO.: 2:16-cv-01023 RSM

4893-9620-8897 v1