THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>         Defendants. | Case No. 2:16-cv-01023 RSM<br><br>**ORDER GRANTING DEFENDANT NISSAN NORTH AMERICA, INC.'S MOTION TO SEAL** |

Pursuant to Local Rule 5(g), Defendant Nissan North America, Inc. ("NNA") filed a motion to seal.

Upon due consideration, and good cause appearing, the Court grants NNA's Motion to Seal as follows:

| Exhibit No. | Title of Document | Sealed / Redacted (Page/Line | Reason for Sealing | Court's Ruling |
|---|---|---|---|---|
| | Motion for Summary Judgment | Redacted 7:25-8:1. | NNA's confidential and proprietary testing data and analysis by Dr. Paul Verghese. Disclosure of this information would allow competitors to gain an unfair competitive advantage to NNA's detriment.  Latta Decl., Dkt. 113-1 ¶¶ 6-11. | GRANTED |
| | Motion for Summary Judgment | Redacted 9:21-27; 19:19-21; 19:25-20:1. | NNA's confidential and proprietary testing data, analysis, and warranty claims data by Dr. Jeya Padmanaban.  Disclosure of this information would allow competitors to gain an unfair competitive advantage to NNA's detriment. Latta Decl., Dkt. 113-1 ¶¶ 6-11. | GRANTED |

IT IS SO ORDERED.

DATED this 13th day of December, 2021.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1

4864-2359-0149 v1