THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>Defendants. | Case No. 2:16-cv-01023-RSM<br><br>**STIPULATION AND ORDER REGARDING DEADLINE TO FILE PLAINTIFFS' OPPOSITION DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs Tamara Lohr and Ravikiran Sindogi ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

1. On December 7, 2021, Defendants filed a motion for Summary Judgment. ECF No. 193.

2. The Parties met and conferred on December 9, 2021, agreeing that, in order to accommodate scheduling over the Christmas and New Year's holidays, Plaintiffs' deadline to file their opposition to Defendant's motion for summary judgment shall be extended to January 31, 2022. Defendant's reply briefs shall now be due on March 2, 2022.

IT IS SO STIPULATED.

STIPULATION AND ORDER - 1
Case No. 2:16-cv-01023-RSM

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
TEL. 865.247.0080/FAX 865.522.0049
www.milberg.com

| | | |
|---|---|---|
| 1 | /s/ Mark E. Silvey | /s/ Amir M. Nassihi |
| 2 | On Behalf of Plaintiffs | On Behalf of Defendant Nissan North America, Inc. |

Gregory F. Coleman, Admitted *PHV*
Mark E. Silvey, Admitted *PHV*
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
First Horizon Plaza
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (865) 247-0080
Facsimile: (865) 533-0049
gcoleman@milberg.com
msilvey@milberg.com

Benjamin M. Drachler (WSBA #51021)
Beth E. Terrell, WSBA #26759
Amanda M. Steiner, WSBA #29147
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
bdrachler@terrellmarshall.com
bterrell@terrellmarshall.com
asteiner@terrellmarshall.com

Charles Crueger, Admitted *PHV*
Erin Dickinson, Admitted *PHV*
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Whitefish Bay, Wisconsin 53211
Telephone: (414) 210-3868
cjc@cruegerdickinson.com
ekd@cruegerdickinson.com

Edward A. Wallace, Admitted *PHV*
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wexlerwallace.com

David Bartley Eppenauer WSBA #29807
SHOOK, HARDY & BACON L.L.P.
Columbia Center
701 Fifth Ave., Suite 6800
Seattle, WA 98104
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
beppenauer@shb.com

Amir M. Hassihi, Admitted *PHV*
Andrew L. Chang, Admitted *PHV*
H. Grant Law, Admitted *PHV*
SHOOK, HARDY & BACON L.L.P.
Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
anassihi@shb.com
achang@shb.com
hlaw@shb.com

William R. Sampson, Admitted *PHV*
Holly Pauling Smith, Admitted *PHV*
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MI 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
wsampson@shb.com
kpsmith@shb.com

STIPULATION AND ORDER - 2
Case No.  2:16-cv-01023-RSM

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
TEL. 865.247.0080/FAX 865.522.0049
www.milberg.com

**ORDER**

PURSUANT TO STIPUATION, IT IS SO ORDERED.  Defendant's Motion for Summary Judgment, Dkt. #193, is re-noted for consideration on March 2, 2022.

DATED this 4th day of January, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - 3
Case No.  2:16-cv-01023-RSM

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
TEL. 865.247.0080/FAX 865.522.0049
www.milberg.com