THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>Defendants. | Case No. 2:16-cv-01023-RSM<br><br>**STIPULATION AND ORDER REGARDING DEADLINE TO FILE BILL OF COSTS** |

Plaintiffs Tamara Lohr and Ravikiran Sindogi ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

1. On May 16, 2022, this Court granted summary judgment in favor of NNA. ECF No. 211.

2. The parties had previously agreed that NNA would have 30 days from the entry of the judgment to serve a motion for costs and fees. ECF No. 219. NNA's deadline to file such a motion is currently June 15, 2022.

3. On June 13, 2022, Plaintiffs filed a notice of appeal. ECF No. 212.

4. The Parties have met and conferred and agree that NNA's deadline to serve a motion for costs and fees shall be extended to September 16, 2022, or the final resolution of Plaintiffs' appeal, whichever comes later.

IT IS SO STIPULATED.

/s/ Mitchell M. Breit
On Behalf of Plaintiffs

Mitchell M. Breit, Admitted Pro Hac Vice
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
100 Garden City Plaza STE 500
Garden City, NY 11530
Telephone: (347) 668-8445
mbreit@milberg.com

Gregory F. Coleman, Admitted Pro Hac Vice
Mark E. Silvey, Admitted Pro Hac Vice
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
First Tennessee Plaza
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (865) 247-0080
Facsimile: (865) 533-0049
gcoleman@milberg.com
msilvey@milberg.com

Benjamin M. Drachler (WSBA #51021)
Beth E. Terrell, WSBA #26759
Amanda M. Steiner, WSBA #29147
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
bdrachler@terrellmarshall.com
bterrell@terrellmarshall.com
asteiner@terrellmarshall.com

Charles Crueger, Admitted Pro Hac Vice
Erin Dickinson, Admitted Pro Hac Vice
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Whitefish Bay, Wisconsin 53211
Telephone: (414) 210-3868
cjc@cruegerdickinson.com
ekd@cruegerdickinson.com

/s/ David Bartley Eppenauer
On Behalf of Defendant
Nissan North America, Inc.

David Bartley Eppenauer WSBA #29807
Shook, Hardy & Bacon L.L.P.
Columbia Center
701 Fifth Ave., Suite 6800
Seattle, Washington 98104
Telephone: 206.344.7600
Facsimile: 206.344.3113
beppenauer@shb.com

Amir M. Nassihi, appearance *pro hac vice*
Andrew L. Chang, appearance *pro hac vice*
H. Grant Law, appearance *pro hac vice*
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel:    415.544.1900 | Fax: 415.391.0281
anassihi@shb.com
achang@shb.com
hlaw@shb.com

Holly Pauling Smith, appearance *pro hac vice*
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816.474.6550 | Fax: 816.421.5547
hpsmith@shb.com

Edward A. Wallace, Admitted Pro Hac Vice
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wexlerwallace.com

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 22nd day of June, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE