THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>Defendants. | Case No. 2:16-cv-01023-RSM<br><br>**STIPULATION AND ORDER REGARDING DEFENDANT NISSAN NORTH AMERICA, INC.'S BILL OF COSTS** |

Plaintiffs Tamara Lohr and Ravikiran Sindogi ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

On May 16, 2022, this Court granted summary judgment in favor of NNA (Dkt. 211).

On October 12, 2022, and pursuant to Federal Rule of Civil Procedure 54(d) and Western District of Washington Local Court Rule 54(d), NNA filed a motion for costs (Dkt. 218).

The Parties met and conferred regarding their previous agreement to consolidate discovery in this action along the *Johnson, et al. v Nissan North America, Inc.* matter, a related case venued in the Northern District of California, No. 3:17-cv-00517-WHO.

The Parties now seek to resolve the issue of NNA's attorney's fees, costs and expenses without further litigation on terms just and fair to all parties and hereby enter into the following Stipulation of Attorney's Fees, Costs and Expenses ("the Stipulation").

THEREFORE, THE PARTIES HEREBY STIPULATE TO THE ENTRY OF AN ORDER AS FOLLOWS:

1. That Plaintiff shall pay the sum of $18,062.74[1] in costs and expenses in a check made payable to Shook, Hardy & Bacon L.L.P. and NNA hereby agrees to accept said payment in full satisfaction of all claims for costs and expenses in connection with this action;

IT IS SO STIPULATED.

Dated: October 31, 2022

/s/ Mitchell M. Breit
On Behalf of Plaintiffs

Mitchell M. Breit, Admitted Pro Hac Vice
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
100 Garden City Plaza STE 500
Garden City, NY 11530
Telephone: (347) 668-8445
mbreit@milberg.com

Gregory F. Coleman, Admitted Pro Hac Vice
Mark E. Silvey, Admitted Pro Hac Vice
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
First Tennessee Plaza
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (865) 247-0080
Facsimile: (865) 533-0049
gcoleman@milberg.com
msilvey@milberg.com

Benjamin M. Drachler (WSBA #51021)
Beth E. Terrell, WSBA #26759
Amanda M. Steiner, WSBA #29147
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300

/s/ Amir Nassihi
On Behalf of Defendant
Nissan North America, Inc.

Amir M. Nassihi, appearance *pro hac vice*
Andrew L. Chang, appearance *pro hac vice*
H. Grant Law, appearance *pro hac vice*
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel:    415.544.1900 | Fax: 415.391.0281
anassihi@shb.com
achang@shb.com
hlaw@shb.com

David Bartley Eppenauer WSBA #29807
Shook, Hardy & Bacon L.L.P.
Columbia Center
701 Fifth Ave., Suite 6800
Seattle, Washington 98104
Telephone: 206.344.7600
Facsimile: 206.344.3113
beppenauer@shb.com

---

[1] This amount represents $17,662.74 in transcript costs, which represent half of those sought with the understanding that the other half would be recoverable to the prevailing party in the related *Johnson* matter, and $400 in docket fees incurred in this action.

| | |
|---|---|
| Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>bdrachler@terrellmarshall.com<br>bterrell@terrellmarshall.com<br>asteiner@terrellmarshall.com<br><br>Charles Crueger, Admitted Pro Hac Vice<br>Erin Dickinson, Admitted Pro Hac Vice<br>CRUEGER DICKINSON LLC<br>4532 North Oakland Avenue<br>Whitefish Bay, Wisconsin 53211<br>Telephone: (414) 210-3868<br>cjc@cruegerdickinson.com<br>ekd@cruegerdickinson.com<br><br>Edward A. Wallace, Admitted Pro Hac Vice<br>WEXLER WALLACE LLP<br>55 West Monroe Street, Suite 3300<br>Chicago, Illinois 60603<br>Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022<br>eaw@wexlerwallace.com | Holly Pauling Smith, appearance *pro hac vice*<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Tel: 816.474.6550 \| Fax: 816.421.5547<br>hpsmith@shb.com |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 1, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE